UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL TIJERINO,

        Plaintiff,

– against –

SPOTIFY USA INC.,

        Defendant.

**ORDER**

25-cv-08176 (ER)

Ramos, D.J.:

    A telephonic status conference is scheduled for October 29, 2025 at 2:30 p.m.  The parties are instructed to call (855) 244-8681; enter access code 2301087 7354#; and enter # again when asked to enter the attendee ID number.  The parties are further instructed to join the call five (5) minutes prior to the conferences start time.

    It is SO ORDERED.

Dated:    October 21, 2025
           New York, New York

                                                Edgardo Ramos, U.S.D.J.